# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## OFFICE OF THE CLERK

Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 307
Richmond, Virginia 23219

ELIZABETH H. PARET
CLERK OF COURT

Telephone:   Area Code 804
Administrative   916-2200
Jury-Financial   916-2212
Criminal   916-2230
Civil   916-2220

December 6, 2004

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 14 2004

JOHN F. CORCORAN, CLERK
BY: _____
      DEPUTY CLERK

Clerk
U. S. District Court
Western District of Virginia
210 Franklin Road, Room 308
Roanoke, VA 24011

RE:   Muhammad A. Aziz vs. Central Virginia Regional Jail
      3:04CV875

Dear Sir:

Pursuant to an order of this Court, filed December 06, 2004 and signed by the Honorable David Lowe, United States Magistrate Judge, the above entitled matter is transferred to your division.

The papers enclosed constitute the entire file in this case, except that a certified copy of the order of transfer is enclosed in lieu of the original. A certified copy of the docket entries is also enclosed.

A copy of this letter is enclosed for your convenience in acknowledging receipt. Please note your case number in the space provided below.

Very truly yours,
Elizabeth H. Paret, Clerk

By: <u>Robert L. Walker, Deputy Clerk</u>

Enclosures

Western District of Virginia Case Number: _____7:04cv00732_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MUHAMMAD A. AZIZ,

    Plaintiff,

v.                               Civil Action No. 3:04CV875

CENTRAL VIRGINIA REGIONAL JAIL,

    Defendant.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY: [signature]
DEPUTY CLERK

FILED DEC - 6 2004
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

### MEMORANDUM ORDER

Plaintiff brings this action under the Civil Rights Act, 42 U.S.C. §1983, with jurisdiction vested pursuant to 28 U.S.C. §1343. However, the defendant resides within the Western District of Virginia, and all the events pertaining to the lawsuit occurred in the Western District of Virginia. Therefore, the Court must transfer this case to the Western District of Virginia.

Accordingly, it is hereby ORDERED:

1. That this action is FILED solely for the administrative convenience of the Clerk;

2. The action is **TRANSFERRED** to the United States District Court for the Western District of Virginia. The Clerk of this Court is directed to transfer all pleadings filed in this case and a copy of the docket sheet to the Clerk of the United States District Court for the Western District of Virginia.

The Clerk is directed to send a copy of the Memorandum Order to plaintiff.

It is so ORDERED.

[signature]
UNITED STATES MAGISTRATE JUDGE

Richmond, Virginia
Date: DEC - 6 2004

HUDSON (R)

FILED
NOV 26 2004
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

United States District Court
Eastern District of Virginia

Muhammad A Aziz )
Plaintiff, )
)
v. ) Case No. 3:04CV875
Central Virginia Regional ) 42 USC § 1983 Civil
Jail, et al., ) Right Complaint
Defendants )

Now Comes the plaintiff who enters his 42 USCS 1983 Civil Right Complaint against the Central Virginia Regional Jail et al, (Amended) regarding violations of Conditions of Confinement.

This Court has jurisdiction pursuant to 28 USC. § 1331 to hear the matters contained herein.

STATEMENT of CASE

On November 7 as of prior and continuing in 2004, Plaintiff has made request for Religious materials (Qur'an), access to religious services, Access to Law Library and utility necessary for filing complaint and drafting pleading in (his) court cases, and other matters, denied prior, Plaintiff has filed (Inmate Request Forms) of which have gone unanswered, and 42 USC. § 1983 Civil Rights Complaint

RECEIVED
NOV 10 2004
STAFF ATTORNEY
RICHMOND, VA

1

have been provided, or answer.

Further, the Sanitary Conditions within the dorm, of K-Block at the Central Virginia Regional Jail are none reflective of proper care in sanitation, showers, sinks, toilets facilities are not in compliance with "Standard Health Codes"; and often the temperatures within K-Block dorm is freezing (Below-Standards).

Open requests by plaintiff for medical care, not forthcoming; and more clearly seen are clothing issues of which, when provided, towels have holes, (moth-eaten) no underware (shorts) provided and jail jump-suits are torn with holes in legs and backs of clothing, more profound is where plaintiff is required to forgo his blanket from the hours of 7:00 am - 5:00 pm (M-F) (Monday-Friday) the while the Air-Condition System is high-on; none compliant with health codes, and result in colds or sickness.

Further, no protective ware (Jackets, Raincoats) are provided inmates when being transported inclimate weather by Central Virginia Regional Jail, et al., And Security is absent walking security patrols through

h.s. 11 o.c. § 1983 Civil Rights Complaint - ?

dorms, to prevent injuries.

Wherefore plaintiff request this Court Order the defendant, Central Virginia Regional Jail to provide access to religious (books), religious services, Law Library (timely), and materials necessary to complete each thereof, respond to inmate requests and construct an "conflict free" grievance system, improve the sanitary condition of K-Block, and others simularly situated, conforming to Standard Health Codes, reduce freezing temperatures in (K-) dorms, provide medical care timely, and upon request, issue clothing free of damage, provide protective ware (jackets, rain coats) to inmates during inclimate weather, and provide security patrols through dorm(s) to prevent injuries.

Further, plaintiff requests the Court grant the amount of $100,000.00 dollars for each day the defendant fails to comply with issues complained of herein, and too protect plaintiff from future harm.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Dated this 7 day of November 2004.

43 U.S.C. § 1983 Civil Rights Complaint

United States District Court
Eastern District of Virginia

Muhammad A. Aziz            )
Plaintiff,                  )
v                           ) Case No. _____
Central Virginia Regional   ) NOTICE OF MOTION
Jail, et al.,               )
Defendants                  )

PLEASE Take Notice: that the above entitled action will be brought on for hearing on or before December 3, 2004 at the United States District Court, in the Eastern District of Virginia in the City of Richmond Virginia at 9:30 am.

The clerk or the lawful deputy will note this cause on the Judges motion docket on that day.

//
//
//
//
//
//
//
//
//

Notice of Motion - 1

United States District Court
Eastern District of Virginia

Muhammad A. Aziz           )
Plaintiff,                 )
                           )
v.                         )  Case No. _____
                           )
Central Virginia Regional  )  Affidavit of Mail
Jail et al.,               )
Defendants.                )

On 7 day of November 2004, plaintiff did deliver to Officer STAFF of the Central Virginia Regional Jail et al. document contained in sealed envelope for mail that United States Postal service be delivered copies of which are forgoing Notice of motion, Affidavit of Service, 42 USC § 1983 civil rights complaint forwarded to the below address:

Clerk,
United States District Court
Eastern District of Virginia
1000 East Main Street, Suite 307
Richmond Virginia

Central Virginia Regional Jail
13021 James Madison Hwy,
Orange, Virginia 22960

// 
//

Affidavit of Mail - 1

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.
Dated this ___7___ day of November 2004

AFFIDAVIT OF MATL - 2.



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
210 EAST MAIN STREET, SUITE 307
RICHMOND, VIRGINIA 23219-3525

OFFICIAL BUSINESS

CLOSED

U.S. District Court
Eastern District of Virginia (Richmond)

CIVIL DOCKET FOR CASE #: 04-CV-875

Aziz v. Central Virginia Reg
Assigned to: Judge Henry E. Hudson
Demand: $100,000
Lead Docket: None
Dkt# in other court: None

Filed: 11/26/04

Nature of Suit: 555
Jurisdiction: Federal Question

Cause: 42:1983 Prisoner Civil Rights

MUHAMMAD A. AZIZ
    plaintiff

Muhammad A. Aziz
#11495-002
[NTC] [PRO SE]
Central Virginia Regional Jail
13021 James Madison Highway
Orange, VA 22960

v.

CENTRAL VIRGINIA REGIONAL JAIL
    defendant

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

Proceedings include all events.
3:04cv875 Aziz v. Central Virginia Reg                                    CLOSED

Muhammad A. Aziz

        plaintiff

  v.

Central Virginia Regional Jail

        defendant

Proceedings include all events.
3:04cv875 Aziz v. Central Virginia Reg                              CLOSED

| Date | # | Description |
|---|---|---|
| 11/26/04 | 1 | COMPLAINT (tdai) |
| 12/6/04 | 2 | MEMORANDUM ORDER (1) that this action is FILED solely for the administrative convenience of the Clerk and (2) the action is TRANSFERRED to the U.S. District Court for the Western District of Virginia. The Clerk of this Court is DIRECTED to transfer all pleadings filed in this case and a copy of the docket sheet to the Clerk of the U.S. District Court for the Western District of Virginia. ( Signed by Mag Judge David G. Lowe ). Copies Mailed: YES   [EOD Date: 12/6/04] (walk) |
| 12/6/04 | -- | Original pleadings, etc. and a certified copy of the docket sheet and Memorandum Order transferring this case to the Western District of Va sent by regular mail to Clerk's Office, USDC, at Roanoke. (walk) |
| 12/6/04 | -- | Interdistrict transfer to the Western District of Virginia at Roanoke (walk) |